

# Missouri Court of Appeals
## Southern District

**JUNE 17, 2016**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.    Case No.  SD34070

      Re:    TOWER LOAN OF MISSOURI, LLC,
             Respondent,
             vs.
             JESSICA DOEDEN,
             Appellant.